IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                    CASE NO: 3:11-CR30006-002

FRANKIE MAYBEE                                              DEFENDANT

## MOTION FOR EXTENSION OF TIME TO SUBMIT JURY INSTRUCTIONS

COMES NOW Frankie Maybee, by and through his attorney, Chris Flanagin, of Thurman, Bishop, and Flanagin, Attorneys at Law, and for the Motion for Extension of Time states as follows:

1) That this matter is scheduled for trial on May 18th, 2010.

2) That a motion for severance and continuance has been filed in this case by the Defendant Frankie Maybee.

3) That there remains discovery to be exchanged in this case and the parties are working diligently to complete discovery.

4) That the said motions previously filed and subsequent discovery will determine what instructions will be necessary.

5) That the Defendant would respectfully ask this Court to extend the time allotted in the Pretrial Scheduling Order for submission of jury instructions.

WHEREFORE THE DEFENDANT PRAYS THE COURT WILL GRANT SAID MOTION.

Respectfully submitted,

FRANKIE MAYBEE

/s/Chris Flanagin

Chris Flanagin, ABA # 2002127
THURMAN, BISHOP & FLANAGIN
P o Box 190
Eureka Springs, AR 72632
479-253-1234

## CERTIFICATE OF SERVICE

I, Chris Flanagin, attorney for Defendant herein, do hereby swear and affirm and on May 3, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kyra E. Jenner, Assistant United States Attorney, 414 Parker Avenue, Ft. Smith, Arkansas 72901. Phillip A. Moon, Attorney at Law, P O Box 2217, Harrison, AR 72602

/s/Chris Flanagin
Chris Flanagin