IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**MINUTES**

UNITED STATES OF AMERICA
PLAINTIFF
   ATTY: KYRA JENNER
          EDWARD CHUNG

FRANKIE MAYBEE
DEFENDANT
   ATTY: CHRIS FLANAGIN
          GREG THURMAN

JUDGE: Jimm Larry Hendren, Chief U. S. District Judge
REPORTER: June Newland, ECRO
CLERK: Gail Garner
CASE NO. 11-30006-002
INTERPRETER:
DATE: May 17, 2011

ACTION: CRIMINAL JURY TRIAL (DAY ONE)

| TIME | MINUTES |
|---|---|
| 8:30 am | Pretrial conference. |
| 9:29 am | Court convenes. Rule invoked. Voir dire by court and counsel. |
| | Excuses for cause: 1. BHC79 2. LRH83 3. JDH19 4. LJG59 5. GLW67 6. RLW39 7. ECE87 |
| | 8. KEH07 9. MFS31 |
| | Jury selected and sworn: 1. EBW23 2. KLW67 3. DJL55 4. WAN03 5. PMF99 6. JC91 7. RGG15 |
| | 8. VAM11 9. CFM47 10. SLM43 11. JLC59 12. SLN19 A-1. JMV55 A-2. PAH03 |
| 12:03 pm | Lunch recess |
| 1:15 pm | Reconvene |
| | Preliminary instructions to jury by the court. |
| | Opening statements by counsel |
| | Testimony begins on behalf of USA: 1. Joel Hand 2. Roger Grisham 3. Donald E. Harlan, Jr. 4. Ralph Gordon |
| | 5. Chad Hipps |
| | Jury released until 8:30 a.m. |
| 4:58 pm | Adjourn |