| TIME | MINUTES |
|---|---|
| | |
| 8:49 am | Convene |
| | Testimony continues on behalf of USA with witness Chad Hipps  6. Diana Wright  7. Jacob Fultz  8. Brian Vital |
| | 9. Jeffrey Perez assisted by interpreter, Beatrice England - sworn. |
| 12:00 pm | Lunch recess |
| 1:07 pm | Reconvene |
| | Testimony continues with 10. Dr. Shannon Card  11. Victor Sanchez  12. Curtis Simer |
| | Jury release until 8:30 a.m. |
| 2:28 pm | Adjourn |

CASE NO. 11-30006-002       DATE: 5/18/11 (Day 2)