CASE NO. 11-30006-002　　　　　　　　　　　　　　DATE: 5/19/11 (Day 3)

TIME　　　　　　　　　　　MINUTES

| Time | Minutes |
|---|---|
| 8:40 am | Convene |
| | Testimony on behalf of USA continues with 13. Dr. Linda Ekman  14. Sean Popejoy  15. Dr. Roger Merk |
| | Government rests. |
| | Defendant moves for judgment of acquittal and dismissal - denied. |
| | Defendant rests without presentation of testimony or evidence. |
| 12:30 pm | Lunch recess |
| 1:39 pm | Reconvene |
| | Jury instructed according to the law. |
| | Closing arguments by counsel |
| 3:15 pm | Jury retires to begin deliberations |
| 4:30 pm | Jury returns with verdicts of guilty on all counts |