IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**UNITED STATES OF AMERICA**                 **PLAINTIFF**

v.        No. 11-30006-002

**FRANKIE MAYBEE**                          **DEFENDANT**

### VERDICT FORM

On the charge of conspiracy to commit a hate crime as set out in Count One of the Indictment, we, the jury, find the defendant, Frankie Maybee _Guilty_ .
       Guilty/Not Guilty

_05-19-2010_           _____
Date                     Foreperson

On the charge of willfully causing bodily injury, or attempting to cause bodily injury by use of a dangerous weapon, to J.P. because of J.P.'s actual or perceived race, color, or national origin as set out in Count Two of the Indictment, we, the jury, find the defendant, Frankie Maybee _Guilty_ .
Guilty/Not Guilty

_05-19-2010_           _____
Date                     Foreperson

3. On the charge of willfully causing bodily injury, or attempting to cause bodily injury by use of a dangerous weapon, to F.R. because of F.R.'s actual or perceived race, color, or national origin as set out in Count Three of the Indictment, we, the jury, find the defendant, Frankie Maybee ___Guilty___.
Guilty/Not Guilty

___05-19-2010___  _____
Date                Foreperson


4. On the charge of willfully causing bodily injury, or attempting to cause bodily injury by use of a dangerous weapon, to B.V. because of B.V.'s actual or perceived race, color, or national origin as set out in Count Four of the Indictment, we, the jury, find the defendant, Frankie Maybee ___Guilty___.
Guilty/Not Guilty

___05-19-2010___  _____
Date                Foreperson

On the charge of willfully causing bodily injury, or attempting to cause bodily injury by use of a dangerous weapon, to A.G. because of A.G.'s actual or perceived race, color, or national origin as set out in Count Five of the Indictment, we, the jury, find the defendant, Frankie Maybee _Guilty_.
Guilty/Not Guilty

_05-19-2010_
Date

_____
Foreperson

On the charge of willfully causing bodily injury, or attempting to cause bodily injury by use of a dangerous weapon, to V.S. because of V.S.'s actual or perceived race, color, or national origin as set out in Count Six of the Indictment, we, the jury, find the defendant, Frankie Maybee _Guilty_.
Guilty/Not Guilty

_05-19-2010_
Date

_____
Foreperson