UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**UNITED STATES OF AMERICA**
v.
**FRANKIE MAYBEE**

EXHIBIT LIST

Case Number: 3:11CR30006- 002

| Presiding Judge:<br>Jimm Larry Hendren<br>Chief, U.S. District Judge | Plaintiff's Attorney:<br>Kyra E. Jenner<br>Edward Chung | Defendants' Attorney:<br>Chris Flanagin |
|---|---|---|
| Trial Date(s):<br>May 17, 2011 | Court Reporter:<br>~~Theresa Sawyer~~<br>June Newland | Courtroom Deputy:<br>Gail Garner |

| Exh. No. | Admitted | Witness | Description of Exhibits |
|---|---|---|---|
| 1 | ✓ | 5/17 | Crash Scene Photo #1 |
| 2 | ✓ | 5/17 | Crash Scene Photo #2 |
| 3 | ✓ | 5/17 | Crash Scene Photo #3 |
| 4 | ✓ | 5/17 | Crash Scene Photo #4 |
| 5 | ✓ | 5/17 | Crash Scene Photo #5 |
| 6 | ✓ | 5/17 | Crash Scene Photo #6 |
| 7 | ✓ | 5/17 | Crash Scene Photo #7 |
| 8 | ✓ | 5/17 | Crash Scene Photo #8 |
| 9 | ✓ | 5/17 | Crash Scene Photo #9 |
| 10 | ✓ | 5/17 | Crash Scene Photo #10 |
| 11 | ✓ | 5/17 | Crash Scene Photo #11 |
| 12 | ✓ | 5/17 | Crash Scene Photo #12 |
| 13 | ✓ | 5/17 | Crash Scene Photo #13 |
| 14 | ✓ | 5/17 | Crash Scene Photo #14 |

| Exh. No. | Admitted | Witness | Description of Exhibits |
|---|---|---|---|
| 15 | ✓ | 5/17 | Crash Scene Photo #15 |
| 16 | ✓ | 5/17 | Crash Scene Photo #16 |
| 17 | ✓ | 5/17 | Crash Scene Photo #17 |
| 18 | ✓ | 5/17 | Maybee's Truck SW #1 |
| 19 | ✓ | 5/17 | Maybee's Truck SW #2 |
| 20 | ✓ | 5/17 | Maybee's Truck SW #3 |
| 21 | ✓ | 5/17 | Maybee's Truck SW #4 |
| 22 | ✓ | 5/17 | Red X Photos #1 |
| 23 | ✓ | 5/17 | Red X Photos #2 |
| 24 | ✓ | 5/17 | Red X Photos #3 |
| 25 | ✓ | 5/17 | Red X Photos #4 |
| 26 | ✓ | 5/17 | Red X Photos #5 |
| 27 | ✓ | 5/17 | Victim's Car #1 |
| 28 | ✓ | 5/17 | Victim's Car #2 |
| 29 | | | ███████████ |
| 30 | ✓ | 5/17 | Map of route from Alpena, AR to crash site |
| 31 | ✓ | 5/18 | Map of Highway 412 near Red-X store in Alpena, AR |
| 32 | ✓ | 5/17 | Video surveillance from Red-X store |
| 33 | | | ███████████ |
| 34 | | | ███████████ |
| 35 | ✓ | 5/17 | ~~Fire tool~~ Wrench 1 1/2 - 1 7/16 |
| 36 | | | ███████████ |
| 37 | ✓ | 5/17 | Diagram of two lanes of Highway 412 near Red-X store |
| 38 | ✓ | 5/18 | Photo of Jeffrey Perez and his injuries |
| 39 | ✓ | 5/18 | Photo of Jeffrey Perez and his injuries |
| 40 | ✓ | 5/18 | Green paint scrapings |
| 41 | ✓ | 5/18 | Tow Hook |
| 42 | ✓ | 5/18 | Tow Hook |