# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 18, 2011

Mr. Samuel Christian Flanagin
THURMAN & BISHOP
P.O. Drawer 190
Eureka Springs, AR  72632

     RE:  11-3254  United States v. Frankie Maybee

Dear Counsel:

     The district court has transmitted a notice of appeal in this criminal matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The district court has informed us that the $455 docketing and filing fees have not been paid in the case and that a renewed motion seeking permission to proceed in forma pauperis has been filed. The motion regarding pauper status is being referred to the court for consideration. A briefing schedule will be established once the issue of the filing fee is resolved.

Your duties as counsel are defined by Eighth Circuit Rule 27C and the Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

     On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans  
Clerk of Court

EDG

Enclosure(s)

cc:  Ms. Cindy Chung  
  Mr. Edward Chung  
  Ms. Deborah Groom  
  Ms. Kyra E Jenner  
  Mr. Christopher R. Johnson  
  Ms. Debbie Maddox  
  Mr. Frankie Maybee  
  Ms. Theresa Sawyer

  District Court/Agency Case Number(s):  3:11-cr-30006-JLH-2

**Caption For Case Number: 11-3254**

**United States of America**

    **Plaintiff - Appellee**

**v.**

**Frankie Maybee**

    **Defendant - Appellant**

**Addresses For Case Participants: 11-3254**

Mr. Samuel Christian Flanagin
THURMAN & BISHOP
P.O. Drawer 190
Eureka Springs, AR 72632

Ms. Cindy Chung
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, N.W.
PHB
Washington, DC 20535-6018

Mr. Edward Chung
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0000

Ms. Deborah Groom
U.S. ATTORNEY'S OFFICE
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

Ms. Kyra E Jenner
U.S. ATTORNEY'S OFFICE
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
35 E. Mountain Street
Suite 510
Fayetteville, AR 72701-5354

Ms. Debbie Maddox
P.O. Box 1525
Fort Smith, AR 72920-1525

Mr. Frankie Maybee
WASHINGTON COUNTY DETENTION CENTER
10463-010
1155 Clydesdale Drive
Fayetteville, AR 72701

Ms. Theresa Sawyer
529-C
35 E. Mountain Street
John Paul Hammerschmidt Federal Building
Fayeteville, AR 72701